BEFORE THE SECOND DIVISION, DECEMBER 20, 1951

**No. 56187.**—E. J. Longyear Company *v.* United States, protest 172898–K (Minneapolis).

Opinion by LAWRENCE, J.   In accordance with the oral stipulation of counsel that the merchandise is similar in all material respects to that the subject of *American Askania Corporation* v. *United States* (21 Cust. Ct. 26, C. D. 1121), the claim of the plaintiff was sustained.